FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLOS ALVAREZ BENITEZ, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurance company,<br><br>      Defendant. | No. 4:21-CV-05094-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 23. The parties jointly stipulate and move for dismissal of the claims asserted in the above-entitled action with prejudice and without costs or fees. The Court finds good cause to grant the motion.

//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO DISMISS** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 23, is **GRANTED**.

2. The above-captioned case is **DISMISSED** with prejudice and without an award of costs or fees to any party.

3. The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 12th day of January 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS** *2